custody of the child, Catherine Hausler, awarded to her father, William Hausler, on the ground that there has been no abandonment of the child on his part (*Matter of Bistany*, 209 App. Div. 286; affd., 239 N. Y. 19); that his moral character and his ability to support and maintain his daughter in a good home are admitted; and that his right to the custody of the child is superior to that of collateral relatives. (*People ex rel. Boulware* v. *Martens*, 232 App. Div. 258; affd., 258 N. Y. 534.) Lazansky, P. J., Young and Davis, JJ., concur; Tompkins, J., dissents with the following memorandum: The Special Term, on conflicting testimony, found as a matter of fact " that there was a complete abandonment of the child by the relator and a relinquishment of his parental claim " (fol. 253). The court also found " that the best interests of the child will be served by permitting her to remain with those to whom she is attached by the closest ties of love and affection and who have bestowed upon her the loving care of parents " (fol. 254). I think that these findings should not be disturbed, and I dissent and vote to affirm on the opinion of Dodd, J., at Special Term. Scudder, J., not voting.

CHRISTIANE SACHAU, as Administratrix, etc., of CHRISTIAN SACHAU, Deceased, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Appeal discontinued on stipulation. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

FRANK SHELTON, Respondent, v. CIVIC REALTY, INC., Appellant.— Interlocutory judgment and final judgment unanimously affirmed, with costs. Defendant's findings of fact numbered 23 and 24 are reversed as against the weight of the evidence. Order dated June 30, 1932, resettling defendant's findings of fact reversed on the law, and motion denied, without costs. The decision having been signed by the trial justice and duly filed, the court was without power to make the order. (Civ. Prac. Act, §§ 440, 442; *Hydraulic Power Co.* v. *Pettebone-Cataract P. Co.*, 194 App. Div. 819.) Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

STATE LIEN CORPORATION, Respondent, v. TALATO M. VAFIADES, Appellant, and Others, Defendants.— Order granting plaintiff's motion to strike out answer of defendant Vafiades and for summary judgment against said defendant affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

STATE OF OHIO ex rel. I. J. FULTON, Superintendent of Banks, in Charge of the Liquidation of FARMERS' MERCHANTS' BANK OF BEAVERDAM, OHIO, Appellant, v. NATHAN SAAL and Others, Individually and as Copartners, Doing Business under the Firm Name and Style of SAAL BROS., Defendants, Impleaded with SAAL BROS., INC., Respondent. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements, on authority of *State of Ohio* v. *Saal, No. 1* (239 App. Div. 420), decided herewith. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

STATE OF OHIO ex rel. I. J. FULTON, Superintendent of Banks, in Charge of the Liquidation of FARMERS' MERCHANTS' BANK OF BEAVERDAM, OHIO, Appellant, v. NATHAN SAAL and Others, Respondents, Impleaded with Others, Defendants. (Appeal No. 3.) — Order affirmed, with ten dollars costs and disbursements, on authority of *State of Ohio* v. *Saal, No. 1* (239 App. Div. 420), decided herewith. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

ERASTINE W. WEISMANN and Others, Appellants, v. CORPORATE INVESTING